Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
VPR BRANDS, LP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VPR BRANDS, LP,<br><br>Plaintiff,<br><br>v.<br><br>COOL CLOUDS DISTRIBUTION, INC.,<br><br>Defendant. | Case No.: 2:21-cv-01116 JWH(MRWx)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>Date: June 17, 2022<br>Time: 9:00 a.m.<br>Ctrm: Courtroom 2<br>Judge: Hon. John W. Holcomb |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT on June 17, 2022 at 9:00 a.m. at the George E. Brown, Jr. Federal Building and United States Courthouse, 3470 12th Street, Riverside, California 92501 in Courtroom 2, or alternatively by video and telephonic conference, Plaintiff VPR BRANDS, LP ("VPR" or "Plaintiff"), by and through its

undersigned counsel, will and hereby does, pursuant to Fed. R. Civ. P. 41(a)(2) move to dismiss the instant lawsuit, without prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Plaintiff's counsel cannot certify that this motion complies with Local Rule 7-3 because defense counsel has withdrawn from the matter, Defendant has not retained new counsel, and Defendant has not otherwise responded to this matter since prior counsel withdrew.

This Motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the Declaration of Jonah A. Grossbardt filed concurrently herewith, all of the pleadings, files and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

DATED: May 16, 2022              Respectfully submitted,


                                 */s/ Jonah A. Grossbardt*
                                 JONAH A. GROSSBARDT
                                 MATTHEW L. ROLLIN
                                 **SRIPLAW**
                                 Attorneys for Plaintiff VPR Brands, LP