1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California  90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
VPR BRANDS, LP

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VPR BRANDS, LP, | Case No.:  2:21-cv-01116 JWH(MRWx) |
| Plaintiff, | **DECLARATION OF JONAH GROSSBARDT IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS** |
| v. | |
| COOL CLOUDS DISTRIBUTION, INC., | |
| Defendant. | |

I, Jonah A. Grossbardt, declare the following in support of Plaintiff's Motion to Dismiss:

1.     I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff VPR Brands, LP ("VPR") in the above-captioned matter. I provide this Declaration in support of VPR's Motion to Dismiss. I have personal

1

1  knowledge of the facts stated herein, and if called as a witness, I could and would

2  testify competently to the matters set forth herein.

3      2.      In December 2021, Alex Chen of InHouse, Co. informed our firm that he

4  was seeking to withdraw as counsel because he could no longer locate and

5  communicate with his client.

6      3.      Mr. Chen informed us that he had not been able to get a hold of his client

7  since October, making it impossible to conduct discovery and patent claim

8  construction.

9      4.      Mr. Chen asked if we would oppose his motion to withdraw, and we

10  informed him that we would not oppose.

11      5.      After InHouse, Co.'s motion was granted (ECF 40), our firm further

12  investigated into Cool Clouds to find anything about why it had gone silent.

13      6.      According to the CA Secretary of State's Website, Cool Clouds

14  Distribution, Inc.'s corporation status was suspended on December 28, 2021. Attached

15  hereto as **Exhibit 1** is a true and correct copy of the CA SOS' Website.

16

17

18

19  DATED:  May 16, 2022              Respectfully submitted,

20

21                                  /s/ Jonah A. Grossbardt
22                                  JONAH A. GROSSBARDT

23

24

25

26

27

28

SRIPLAW

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

2