# Exhibit 1

California

Jonah Grossbardt
jgrossbardt@sriplaw.com

# History

Expand All

**System Amendment - SOS Suspended** - *12/28/2021*

*Amendment Type*
System Amendment - SOS Suspended

*Control ID*
LBA13933399

*Date*
12/28/2021

**System Amendment - Pending Suspension** - *9/28/2021*

**Agent Resignation** - *7/8/2021*

**System Amendment - Penalty Certification - SI** - *6/29/2021*

**System Amendment - SI Delinquency for the year of 0** - *10/27/2020*

**Statement of Information** - *7/30/2019*

**Initial Filing** - *5/1/2019*

ON,

Request Certificate

OS

tion - CA -

EET
CA 90013

EET
CA 90013

ED OR

est Access

Basic search will search only *ACTIVE entities* (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated

Skip to main content State

