# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VPR BRANDS, LP,<br><br>Plaintiff,<br><br>v.<br><br>COOL CLOUDS DISTRIBUTION, INC.,<br><br>Defendant. | Case No.: 2:21-cv-01116 JWH(MRWx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE** |

Before the Court is Plaintiff's Motion To Dismiss without Prejudice.

The Court, having considered the Motion and having found good cause, thereby **ORDERS** that the Motion is **GRANTED**.

**SO ORDERED.**

DATED:

_____
HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

1